UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| V. | ) | CIVIL NO. SA-18-CV-1323 |
| | ) | |
| $24,890.00, MORE OR LESS, IN UNITED STATES CURRENCY | ) ) | |
| | ) | |
| Respondent. | ) | |

**VERIFIED COMPLAINT FOR FORFEITURE**

Comes now Petitioner United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, pursuant to Rule G, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Fed. R. Civ. P., and respectfully states as follows:

**I.**
**NATURE OF THIS ACTION**

This action is brought by the United States of America seeking forfeiture to the United States of the following property:

**$24,890.00, More or Less, in United States Currency**,

hereinafter the "Respondent Property."

**II.**
**JURISDICTION AND VENUE**

Under Title 28 U.S.C. § 1345, this Court has jurisdiction over an action commenced by the United States, and under Title 28 U.S.C. § 1355(a), jurisdiction over an action for forfeiture. This Court has *in rem* jurisdiction over the Respondent Property under Title 28 U.S.C. §§1355(b) and 1395. Venue is proper in this district pursuant to Title 28 U.S.C. § 1355(b)(1) because the acts

or omissions giving rise to the forfeiture occurred in this district, and pursuant to Title 28 U.S.C. §§ 1355(b)(1)(B) and 1395(b) because the Respondent Property is found in this district.

## III.
## STATURY BASIS FOR FORFEITURE

This is a civil forfeiture action *in rem* brought against the Respondent Property for violations of Title 21 U.S.C. §§801, *et. seq.* and subject to forfeiture to the United States of America pursuant to Title 21 U.S.C. § 881(a)(6), which states:

> § 881. Forfeitures
> (a) **Subject property**
> The following shall be subject to forfeiture to the United States and no property right shall exist in them:
> \*\*\*
> (6) All moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of this subchapter, all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of this subchapter.

## IV.
## FACTS IN SUPPORT OF VIOLATIONS

In May 2018, DEA received information that Keath White (WHITE) was distributing narcotics in the Caldwell County and Gonzales County areas. DEA began conducting surveillance at WHITE's residence located at 305 Hickory Avenue, Luling, Caldwell County, Texas within the Western District of Texas. On July 19, 2018, DEA conducted surveillance at 305 Hickory and observed WHITE and an individual later identified as Teresa Lerma (LERMA) leave the residence in a Gold 2000 Chevrolet Tahoe with LERMA driving and WHITE in the front passenger seat. Surveillance was maintained as the couple drove to Gonzales, Texas. Once in Gonzales, Texas, the Gonzales PD stopped the vehicle for displaying an expired registration.

The Gonzales PD officer approached the vehicle and detected the odor of marijuana

coming from inside the vehicle. LERMA gave the officer consent to search the vehicle. Upon searching, the officer discovered a clear plastic baggie containing marijuana. While the officer was searching the vehicle, WHITE informed another officer on the scene that the marijuana belonged to him and that he had brought it with him to give to a friend in Gonzales, Texas.

DEA Task Force Officer Sean Sheehan arrived on the scene and explained to WHITE that DEA had previously observed WHITE leaving his residence at 305 Hickory earlier in the day. TFO Sheehan asked WHITE for consent to search 305 Hickory but WHITE refused. WHITE was placed under arrest by Gonzales PD, and charges for possession of marijuana have been filed against him in Gonzales County.

That same day, Caldwell County Sheriff's Office applied for and received a state search warrant (Docket # 18-07-0007) for WHITE's residence at 305 Hickory. Caldwell County Sheriff's officers and agents with DEA executed the search warrant that day and located 2.3 grams of cocaine, 13.1 grams of methamphetamine, and 3.9 ounces of marijuana along with three digital scales, all within the kitchen of WHITE's residence.

Also on July 19, 2018, DEA agents conducted surveillance at 100 Felix Gonzalez, #219, Luling, Texas, which is the residence of ANNA WHITE, WHITE's mother. Agents observed ANNA WHITE arrive at her residence with LERMA. Agents contacted ANNA WHITE and asked for consent to search ANNA WHITE's residence. ANNA WHITE gave consent. DEA agents asked ANNA WHITE if she had any U.S. Currency or illegal narcotics within her residence. ANNA WHITE responded that she had a safe in the hallway closet that belonged to her son, Keath White (WHITE). ANNA WHITE removed the safe from the closet and opened it, revealing numerous bundles of U.S. Currency, later determined to total $24,890.00, which is the Respondent Property in the instant civil action. ANNA WHITE indicated that she stores money for her son

and has done so for about ten years. ANNA WHITE gave no explanation as to why she keeps cash for her son instead of having it deposited at a bank, and when asked about the origin of her son's money found within the safe, ANNA WHITE gave conflicting answers as to the origin/source of the cash.

A Caldwell County Sheriff's Office K-9 was also present inside the residence and conducted an open air search. The K-9 gave a positive alert for narcotics on the safe that had contained the Respondent Property.

Texas Workforce Commission records indicate no recorded wages for WHITE from 2009 to 2016, wages of $12,074.50 for 2017, and no recorded wages for 2018.

Therefore, the facts reasonably establish that the Respondent Property represents money furnished or intended to be furnished in exchange for a controlled substance, and/or that the Respondent Property represents proceeds from WHITE's illegal narcotics activity, and/or money used or intended to be used to facilitate WHITE'S illegal narcotics activity, all in violation of Title 21 U.S.C. §§ 801, *et. seq.* The Respondent Property is thus subject to civil forfeiture pursuant to Title 21 U.S.C. § 881(a)(6).

## V.
## PRAYER

WHEREFORE, Petitioner, United States of America, prays that due process issue to enforce the forfeiture of the Respondent Property, that due notice pursuant to Rule G(4) be given to all interested parties to appear and show cause why forfeiture should not be decreed,[1] and in accordance with Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset

---

[1] Appendix A, which is being filed along with this complaint, will be sent to those known to the United States to have an interest in the Respondent Property.

Forfeiture Actions, Fed. R. Civ. P., that the Respondent Property be forfeited to the United States of America, that the Property be disposed of in accordance with the law and for any such further relief as this Honorable Court deems just and proper.

                                        Respectfully submitted,

                                        JOHN F. BASH
                                        United States Attorney

By: _____
                                        MARY NELDA G. VALADEZ
                                        Assistant United States Attorney
                                        Chief, Asset Forfeiture Section
                                        601 N.W. Loop 410, Suite 600
                                        San Antonio, Texas 78216
                                        Tel: (210) 384-7040
                                        Fax: (210) 384-7045
                                        Email: mary.nelda.valadez@usdoj.gov
                                        Texas Bar No. 20421844

                                        Attorneys for the United States of America

## VERIFICATION

Task Force Officer Sean Sheehan, declares and says that:

1. I am a Task Force Officer with the Drug Enforcement Administration, assigned to the San Antonio District Office, and am the investigator responsible for the accuracy of the information provided in this litigation; and

2. I have read the above Verified Complaint for Forfeiture and know the contents thereof; that the information contained in the Verified Complaint for Forfeiture has been furnished by official government sources; and based on information and belief, the allegations contained in the Verified Complaint for Forfeiture are true.

Pursuant to Title 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the 20th day of December, 2018.

Sean Sheehan, Task Force Officer
Drug Enforcement Administration
San Antonio District Office

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Petitioner, )<br>)<br>V. )<br>)<br>$24,890.00, MORE OR LESS, IN UNITED )<br>STATES CURRENCY )<br>)<br>Respondent. ) | CIVIL NO. SA-18-CV-1323 |

### NOTICE OF COMPLAINT FOR FORFEITURE

1. On _____, 2018, a Verified Complaint for Forfeiture *in rem* was filed in this Court by the United States Attorney for the Western District of Texas and Assistant United States Attorney Mary Nelda G. Valadez, against the property described below, which is also specifically described in the Verified Complaint for Forfeiture, for violations of Title 21 U.S.C. §§ 801, *et. seq.*, and subject to forfeiture to the United States of America pursuant to Title 21 U.S.C. § 881(a)(6), namely:

**$24,890.00, More or Less, in United States Currency,**

hereinafter the "Respondent Property."

2. Pursuant to Supplemental Rule G(4)(b), notice to any person who reasonably appears to be a potential claimant shall be by direct notice. Accompanying this notice is the Verified Complaint for Forfeiture which has been filed in this cause and which describes the Respondent Property. Pursuant to Supplemental Rule G(4)(b), any person claiming an interest in the Respondent Property who has received direct notice of this forfeiture action must file a Claim, in compliance with Rule G(5)(a), with the court within **thirty-five (35) days after the notice was sent, if delivered by mail (if mailed, the date sent is provided below), or within 35 days of the**

APPENDIX A

**date of delivery, if notice was personally served**.  An Answer or motion under Rule 12 of the Federal Rules of Civil Procedure must then be filed within **twenty-one (21)** days of the Claim being filed.

The Claim and Answer must be filed with the Clerk of the Court, 655 E. Cesar E. Chavez Blvd., Room G65, San Antonio, Texas 78206, and copies of each must be served upon Assistant United States Attorney Mary Nelda G. Valadez, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216, or default and forfeiture will be ordered.  *See* Title 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Failure to follow the requirements set forth above will result in a judgment by default taken against you for the relief demanded in the complaint.

**DATE NOTICE SENT:**_____

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| V. ) | **CIVIL NO. SA-18-CV-1323** |
| ) | |
| **$24,890.00, MORE OR LESS, IN UNITED** ) | |
| **STATES CURRENCY** ) | |
| ) | |
| Respondent. ) | |

**ORDER FOR WARRANT OF ARREST OF PROPERTY**

WHEREAS a Verified Complaint for Forfeiture *in rem* was filed on _____, 2018, against the following property:

**$24,890.00, More or Less, in United States Currency**,

hereinafter the "Respondent Property," alleging that the Respondent Property is subject to forfeiture to the United States of America pursuant to Title 21 U.S.C. § 881(a)(6) for violations of Title 21 U.S.C. §§ 801, *et. seq.*; IT IS THEREFORE

ORDERED that a Warrant for Arrest of Respondent Property issue as prayed for, and that the United States Marshals Service or its designated agent for the Western District of Texas, or any other law enforcement officer, or any other person or organization authorized by law to enforce the warrant, be commanded to arrest the Respondent Property and to take actual or constructive possession for safe custody as provided by Rule G, Supplemental Rules of Federal Rules of Civil Procedure until further order of the Court, and to use whatever means may be appropriate to protect and maintain the Respondent Property while in custody, including designating a substitute custodian or representative for the purposes of maintaining the care and custody of the Respondent Property and to make a return as provided by law.

SIGNED this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Petitioner, )<br>)<br>V. )<br>)<br>$24,890.00, MORE OR LESS, IN UNITED )<br>STATES CURRENCY )<br>)<br>Respondent. ) | CIVIL NO. SA-18-CV-1323 |

**WARRANT FOR THE ARREST OF PROPERTY**

**TO THE UNITED STATES MARSHALS SERVICE, OR ITS DESIGNATED AGENT, OR OTHER AUTHORIZED LAW ENFORCEMENT OFFICER OR ANY OTHER PERSON OR ORGANIZATION AUTHORIZED BY LAW TO ENFORCE THE WARRANT:**

WHEREAS a Verified Complaint for Forfeiture *in rem* was filed on _____, 2018, against the following property:

**$24,890.00, More or Less, in United States Currency**,

hereinafter the "Respondent Property," alleging that the Respondent Property is subject to forfeiture to the United States of America pursuant to Title 21 U.S.C. § 881(a)(6) for violations of Title 21 U.S.C. §§ 801, *et. seq.*; and

WHEREAS an Order has been entered by the United States District Court for the Western District of Texas that a Warrant for Arrest of Property be issued as prayed for by Petitioner United States of America.

YOU ARE THEREFORE COMMANDED to arrest and take actual or constructive possession of Respondent Property as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the Respondent Property is presently found, and to use whatever means may be appropriate to protect and maintain the Respondent Property in

your custody until further order of this Court, including designating a substitute custodian or representative for the purposes of maintaining the care and custody of the Respondent Property and to make a return as provided by law.

SIGNED this _____ day of _____, 2018.

JEANNETTE CLACK
United States District Clerk
Western District of Texas

By: _____
Deputy

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
$24,890.00, More or Less, in United States Currency

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Bexar
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Mary Nelda G. Valadez, U.S. Attorney's Office
601 NW Loop 410, Suite 600, San Antonio, TX 78216
210-384-7040

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [X] 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 21 U.S.C. §§ 881(a)(6)
Brief description of cause:
forfeiture of proceeds and facilitating money

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE 12/20/18
SIGNATURE OF ATTORNEY OF RECORD  /s/ Mary Nelda Valadez/

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____